### 3342. BROWN v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Moultrie—Judge McKenzie. March 30, 1911.

*James Humphreys, G. E. Edmondson,* for plaintiff in error.
*Alfred R. Kline, solicitor-general,* contra.

---

### 3365. RICHARDSON v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Tifton—Judge R. Eve. March 25, 1911.

*R. D. Smith,* for plaintiff in error.
*James H. Price, solicitor,* contra.

---

### 3381. CAMPBELL v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Brunswick—Judge Krauss. March 30, 1911.

*F. H. Harris,* for plaintiff in error.
*Ernest Dart, solicitor,* contra.

---

### 3388. CHATMAN v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 15, 1911.

Indictment for carrying pistol without license; from Houston superior court—Judge Felton. April 12, 1911.